AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JAVELL MARQUES JOHNSON<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. 1:17-MJ-614 |

FILED DEC 29 2017 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 18, 2017 to July 5, 2017** in the county of **Prince William** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) 846 | Conspiracy to distribute one hundred (100) grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Carina A. Cuellar

*Complainant's signature*

ATF Special Agent, Michael A. Fernald
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/29/2017

City and state: Alexandria, VA

/s/
Ivan D. Davis
United States Magistrate Judge